UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET BURNETT )    CASE NO. CV C 05 05249 BZ
) 
) **STIPULATION AND ORDER**
Plaintiff, )    **SELECTING ADR PROCESS**
)
v. )
)
SEARS, ROEBUCK & CO. )
)
)
Defendant. )
)

## I. ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

    ☐ Non-binding

    ☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☐ Mediation

**Private ADR process:**

☒ Type of Process: <u>mediate with a JAMS mediator</u>

Name, address and phone number of private provider:

<u>JAMS</u>
<u>Two Embarcadero Center, Suite 1500</u>
<u>San Francisco, CA 94111</u>
Phone: 415-982-5267

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II. **TIMING FOR ADR PROCESS**

[X] **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by July 21, 2006 (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

[ ] **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

The parties have agreed to privately mediate with a JAMS mediator; but first Sears is going to 3rd-party in the installer of the subject dishwasher, Kelly's Appliance, since Sears believes they are responsible and should be participating. Sears expects to have Kelly's Appliance 3rd-partied in before the end of April.

Please see Signature Attestation, which is attached hereto as Exhibit A.

Dated: April 3, 2006                              Dated: April 3, 2006

/S/ Howard Hall                                   /S/ Bruce Nye

Plaintiff                                         Defendant
MARGARET BURNETT                                  SEARS, ROEBUCK AND CO.

IT IS SO ORDERED.

Dated: April 4, 2006

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED, signed Judge Bernard Zimmerman]*

## EXHIBIT A

**Signature Attestation**

I hereby attest that the content of the this efiled document is acceptable to all person required to sign the document.

/S/ Bruce Nye
Counsel for Defendant
Sears, Roebuck and Co.