UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret Burnett,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Sears, Roebuck & Co.,<br><br>            Defendant(s). | No. C05-5249 BZ<br><br>**ORDER DISCONTINUING SERVICE BY MAIL** |

In reviewing the file, it appears that counsel, Howard D. Hall has failed to register for electronic service in this E-filing case. The Court will no longer serve counsel by mail. If you wish to be served with documents generated by the Court, you must register pursuant to Local Rule 5-4 and General Order 45.

Dated: April 6, 2006

/s/ *Bernard Zimmerman*
BERNARD ZIMMERMAN
United States Magistrate Judge

1