Bruce Nye, SBN 77608
ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California  94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
erroneously sued herein as Sears,
Roebuck & Co.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MARGARET BURNETT,<br><br>                         Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK & CO., a business entity unknown; and Does 1 through 10, Inclusive,<br><br>                         Defendant. | No.  C 05 5249 BZ<br><br>Magistrate: Hon. Bernard Zimmerman<br>Dept.:         G<br><br>**NOTICE OF SETTLEMENT**<br><br>(Marin County Superior Court No. CV 053518) |

TO THE ABOVE-ENTITLED COURT:

Defendant Sears, Roebuck and Co., erroneously sued herein as Sears, Roebuck & Co.,

hereby files this Notice of Settlement.  Defendant and Plaintiff Margaret Burnett have settled this

case.  The parties respectfully request that the case management conference of April 24, 2006 be

vacated and that the court dismiss this case.

DATED: April 20, 2006                          ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP

4/21/2006

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

By:        /S/ Bruce Nye
                 BRUCE NYE
Attorneys for Defendant SEARS, ROEBUCK
AND CO.

1